# APPEALS ACCEPTED FOR REVIEW

**2007–1812. State v. Harris.**
Hamilton App. No. C–060587. Discretionary appeal accepted on Proposition of Law No. I; cause held for the decision in 2007–0595 and 2007–0651, *State v. Cabrales,* Hamilton App. No. C–050682, 2007-

Ohio-857; and briefing schedule stayed.
PFEIFER and O'DONNELL, JJ., dissent.